Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 12−14847−DHS
>Chapter: 7
>Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mihir Yashwant Patel
aka Mihir Y Patel
507 Summit Avenue
Apartment 4
Union City, NJ 07087

Social Security No.:
xxx−xx−6310

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Gary S. Jacobson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 5, 2012              Donald H. Steckroth
                                 Judge, United States Bankruptcy Court